UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff(s),<br><br>    v.<br><br>LEON BENZER, et al.,<br><br>                               Defendant(s). | Case No. 2:13-CR-18 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Benzer*, case no. 2:13-cr-00018-JCM-GWF. Leon Benzer ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 922). The court has examined the motion, which alleges a variety of ineffective-assistance-of-counsel claims. *Id.*

The court finds that further briefing is appropriate. The United States of America ("respondent") shall file a response within 21 days from the date of this order. Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 922) no later than 21 days from the date of this order. Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-00998-JCM.

DATED June 12, 2020.

                                                           /s/ James C. Mahan          
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**